[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12444
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 4, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-20610-JLK


AERO TECHNOLOGIES, LLC,
a Florida Corporation,

Plaintiff - Appellant

versus

LOCKTON COMPANIES INTERNATIONAL LIMITED,
an International Corporation,
LLOYDS OF LONDON,
an International Entity,
a.k.a. Society of Lloyd's,
a.k.a. Corporation of Lloyd's,
AEROCALIFORNIA, S.A. DE C.V.,
SEGUROS INBURSA, S.A.,
CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO POLICY NO. AVNAG0700112, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 4, 2012)

Before MARCUS, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this case is affirmed for the reasons set forth in the Order

of Dismissal entered by the district court on April 25, 2011.

**AFFIRMED.**